**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES SANDERS, an individual,<br><br>                Plaintiff,<br>vs.<br><br>WALMART, INC. D/B/A WALMART SUPERCENTER STORE #2592, a foreign corporation; TIA MARIE HOLMAN, an individual; MICHAEL NATZEL, an individual; DOE Individuals 1–10; DOE Employees 11–20; and ROE Corporations 21–30,<br>                Defendant. | Case No.: 2:22-cv-01813-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COMES NOW Plaintiff, JAMES SANDERS, ("Plaintiff) by and through his counsel of record, J. COGBURN LAW, and Defendant, WALMART, INC., ("Defendant") by and through its counsel of record, the law firm of HALL & EVANS, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

. . .

**IT IS SO STIPULATED.**

| DATED this ___ day of February, 2024 | DATED this 12th day of February, 2024 |
|---|---|
| **J. COGBURN LAW** | **HALL & EVANS, LLC** |
| /s/ | /s/ |
| Jamie S. Cogburn, Esq.<br>Joseph J. Troiano, Esq.<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>*Attorney for Plaintiff* | Kurt R. Bonds, Esq.<br>Madison M. Aguirre, Esq.<br>1160 North Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant* |

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED February 16, 2024.

KRB/20147-64